# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PHELPS,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTEN L. HEREDIA,<br><br>    Defendant. | Case No.  1:14-cv-00668---SKO<br>New Case No.  1:14-cv-00668-LJO-SKO |
| DANIEL PHELPS,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL NOVOA,<br><br>    Defendant. | Case No.  1:14-cv-00690---SAB<br>New Case No.  1:14-cv-00690-LJO-SAB |
| DANIEL PHELPS,<br><br>    Plaintiff,<br><br>    v.<br><br>VICTORIA A. SIEGEL,<br><br>    Defendant. | Case No.  1:14-cv-00691---GSA<br>New Case No.  1:14-cv-00691-LJO-GSA |
| DANIEL PHELPS,<br><br>    Plaintiff,<br><br>    v.<br><br>AMANDA BOSHMA,<br><br>    Defendant. | Case No.  1:14-cv-00692---BAM<br>New Case No.  1:14-cv-00692-LJO-BAM |

| | |
|---|---|
| DANIEL PHELPS,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNIFER A. HERNANDEZ,<br><br>    Defendant. | Case No.  1:14-cv-00694---SAB<br>New Case No.  1:14-cv-00694-LJO-SAB |
| DANIEL PHELPS,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCO TORRES,<br><br>    Defendant. | Case No.  1:14-cv-00695---GSA<br>New Case No.  1:14-cv-00695-LJO-GSA |
| DANIEL PHELPS,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD GIERSCH,<br><br>    Defendant. | Case No.  1:14-cv-00696---BAM<br>New Case No.  1:14-cv-00696-LJO-BAM |
| DANIEL PHELPS,<br><br>    Plaintiff,<br><br>    v.<br><br>BILLY CASE,<br><br>    Defendant. | Case No.  1:14-cv-00697---SKO<br>New Case No.  1:14-cv-00697-LJO-SKO |
| DANIEL PHELPS,<br><br>    Plaintiff,<br><br>    v.<br><br>CRYSTAL JACKSON,<br><br>    Defendant. | Case No.  1:14-cv-00700---SAB<br>New Case No.  1:14-cv-00700-LJO-SAB |

| | |
|---|---|
| DANIEL PHELPS,<br><br>         Plaintiff,<br><br>    v.<br><br>CARLOS A. CABRERA,<br><br>         Defendant. | Case No.  1:14-cv-00722---GSA<br>New Case No.  1:14-cv-00722-LJO-GSA<br><br>ORDER REASSIGNING ACTIONS TO DOCKET OF DISTRICT JUDGE LAWRENCE J. O'NEILL AND DIRECTING THE CLERK'S OFFICE TO ASSIGN ANY FURTHER ACTIONS FILED BY PLAINTIFF TO THE DOCKET OF DISTRICT JUDGE LAWRENCE J. O'NEILL |

Upon review of the complaints in these actions, it appears to the undersigned, that in the interest of judicial economy, these actions should be assigned to the docket of United States District Judge Lawrence J. O'Neill.  For this same reason, the Clerk's Office shall be directed to assign all future actions filed by Plaintiff Daniel Phelps to the docket of the undersigned.

Accordingly, IT IS HEREBY ORDERED that:

1. The above referenced cases shall be reassigned to the docket of United States District Judge Lawrence J. O'Neill by the Clerk's Office;

2. The new case numbers shall be as referenced in the caption of this order and all future pleadings and/or correspondence must be so numbered.  The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer; and

3. The Clerk's Office is direct to assign all future cases filed by Plaintiff Daniel Phelps to the docket of District Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated:   **May 19, 2014**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE